# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROMAN ILDEFONSO-CANDELARIO, | : |
| | : |
| Petitioner, | CIVIL ACTION NO. 3:16-2120 |
| | : |
| v. | (MANNION, D.J.) |
| | : (SAPORITO, M.J.) |
| CRAIG A. LOWE, Warden, *et al.*, | |
| | : |
| Respondents. | |
| | : |

## ORDER

For reasons stated in the court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

(1) The report and recommendation of Magistrate Judge Joseph F. Saporito, Jr., (Doc. 17), is **ADOPTED IN ITS ENTIRETY**;

(2) The petitioner's habeas petition, (Doc. 1), is **GRANTED IN PART** to the extent that it seek an individualized bond hearing;

(3) An individualized bond hearing shall be conducted by an immigration judge **within twenty-one (21) days** of the date of this Order in accordance with Judge Saporito's recommendations;

(4) At the bond hearing, the Immigration Judge shall make an individualized finding, and the government shall bear the burden of demonstrating, that the petitioner's continued detention is still necessary to fulfill the purposes of the detention statute;

(5) The proceedings shall be recorded by audio, audiovisual, or stenographic means;

(6) The parties shall report to this court on the outcome of the

petitioner's bond hearing **within seven (7) days** after the date of the hearing.

(7)　The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*<br>**MALACHY E. MANNION**<br>**United States District Judge**

**Dated: April 28, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2120-01 Order.wpd