# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROMAN ILDEFONSO-CANDELARIO, | : |
| | : |
| Petitioner | CIVIL ACTION NO. 3:16-2120 |
| | : |
| v. | (MANNION, D.J.) |
| | : (SAPORITO, M.J.) |
| CRAIG A. LOWE, Warden, *et al.*, | |
| | : |
| Respondents | |

## ORDER

As set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Petitioner Ildefonso-Candelario's motion for attorney's fees under the EAJA, 28 U.S.C. §2412(d)(1)(A), (Doc. 22), is **GRANTED**; and

**(2)** petitioner's counsel, Daniel Conklin, is awarded attorney's fees in the amount $8,137.50.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 28, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2120-02-ORDER.wpd